IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANET HELFRICH**, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br><br>v.<br><br>**RAVEN3 HOME BUYERS LLC,**<br><br>  *Defendant.* | Case No. 7:22-cv-03529-PMH |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Janet Helfrich and Defendant Raven3 Home Buyers LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: June 6, 2024

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
    June 7, 2024

Respectfully submitted,

By: */s/ Avi R. Kaufman*
 Avi R. Kaufman (FL Bar no. 84382)
 kaufman@kaufmanpa.com
 KAUFMAN P.A.
 237 South Dixie Highway, Floor 4
 Coral Gables, FL 33133
 Telephone: (305) 469-5881

 Stefan Coleman
 law@stefancoleman.com
 LAW OFFICES OF STEFAN COLEMAN
 11 Broadway, Suite 615
 New York, NY 10001
 Telephone: (877) 333-9427
 Facsimile: (888) 498-8946

 *Attorneys for Plaintiff and the putative class*

 */s/ Anthony W. Vaughn*
 Anthony W. Vaughn, Esq.

1

E-Mail: Anthony@avaughnlaw.com
**THE LAW OFFICE OF ANTHONY W. VAUGHN, JR. LLC**
1200 US Highway 22 East
Suite 2000
Bridgewater, New Jersey 008807
Telephone: (908) 300-5455

and

James A. Peterson, Esq.*
Florida Bar No. 645621
E-Mail: James@PetersonLegal.com
**PETERSON LEGAL P.A.**
5079 North Dixie Highway
Suite 105
Fort Lauderdale, Florida 33334
Telephone: (754) 444-8076
*Admitted Pro Hac Vice

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2024, I served this document on all counsel of record via email.

*/s/ Avi R. Kaufman*
Avi R. Kaufman